UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ASUNJI R. MADDOX,<br><br>                              Plaintiff,<br><br>     -against-<br><br>CAROL ANN JORDAN (MAGISTRATE),<br>NEW ROCHELLE FAMILY COURT<br>WESTCHESTER COUNTY NEW YORK<br>STATE,,<br><br>                              Defendant. | 24cv925 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the April 22, 2024, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   April 22, 2024
             New York, New York

                                                            /s/ Laura Taylor Swain
                                                            LAURA TAYLOR SWAIN
                                                            Chief United States District Judge